# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Nicole Washington**,** Plaintiff(s), vs. Commissioner of Social Security **,** Defendant(s). | JUDGMENT IN CASE 5:21-cv-00047-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2021 Order.

November 16, 2021

Frank G. Johns, Clerk
United States District Court